# MOTION FOR RETURN OF PROPERTY



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**IMANI JACKSON (Black Swann)**
518 Imperial Sq
Odenton, MD 21113
Phone: 202-997-1536
Email: jackson.imani777@gmail.com

1:26-mc-2

Petitioner

v.

**UNITED STATES OF AMERICA / ATF**
Respondent

**Case Numbers:** CR24000172-00, CR24000173-00

**MOTION FOR RETURN OF PROPERTY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 41(g)**

## 1. INTRODUCTION

Petitioner Imani Jackson respectfully moves this Court for the immediate return of her personal property, specifically her Apple iPhone 14, currently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). The phone contains critical personal and business data necessary for Petitioner's livelihood. Its continued retention causes substantial hardship and is no longer legally justified.

## 2. FACTUAL BACKGROUND

1. On or about September 23, 2023, Petitioner's iPhone 14 was seized and later transferred to the ATF.
2. Petitioner was charged with possession, distribution, and transportation of cocaine, as well as reckless driving. All charges were dismissed (nolle prosequi).
3. Petitioner's vehicle did not contain firearms. The phone was mistakenly included with evidence from other cases involving firearms.
4. Petitioner's iPhone 14 was her primary business device. Retention of the phone caused loss of access to income-generating accounts and ongoing financial harm.

## 3. LEGAL BASIS

Under Federal Rule of Criminal Procedure 41(g), property must be returned when retention is no longer justified and interferes with lawful ownership or livelihood.

## 4. ARGUMENT

1. No legal justification exists for continued retention after dismissal of all charges.
2. Retention resulted from an evidence mix-up unrelated to Petitioner's case.

3. Continued retention has caused irreparable business and financial harm.

**5. PRAYER FOR RELIEF**
Petitioner respectfully requests that the Court order the immediate return of her iPhone 14, or alternatively authorize forensic extraction and return of all data, and grant any further relief deemed just and proper.

**ADDENDUM: LOST INCOME**

Petitioner is a digital content creator whose average monthly income prior to the seizure was approximately $10,000 or more. Due to the wrongful retention of her phone for approximately two years and three months, Petitioner suffered substantial lost income. Exact figures cannot be calculated at this time due to loss of account access, including interruption following a video that reached approximately one million views immediately prior to the arrest.

Petitioner respectfully seeks compensation for documented lost income and related financial harm caused by the wrongful retention of her property.

**Respectfully submitted,**

Imani Jackson (Black Swann)
Dated: January 14, 2025



Clerk, U.S. District Court
Eastern District of Virginia

## Re: Rule 41(g) Motion for Return of Property – Imani Jackson

Please file the enclosed Rule 41(g) Motion and Addendum on behalf of Imani Jackson. Ms. Jackson is a professional content creator whose cellular phone was seized on September 23, 2023 and mistakenly associated with other cases involving firearms. Her own charges were dismissed on January 23, 2025. The seized phone was essential to her business, and its retention has caused loss of income exceeding $10,000 per day, along with severe financial and professional harm. The property is currently held by ATF and is no longer needed as evidence. Thank you for your prompt assistance in filing this matter.

Sincerely,
Imani Jackson
Pro Se